UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BENOIT BALDWIN,<br> Plaintiff,<br><br>v.<br><br>TOWN OF WEST TISBURY, ET AL.,<br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:19-cv-11747-PBS<br><br><br>NOV 27 ... |

## PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ON DISMISSAL

Pursuant to Fed. R. Civ. P. 72 (b)(2), the plaintiff respectfully objects to the Report and Recommendation by the Hon. Magistrate Judge M. Page Kelly entered on the docket in the above-captioned matter on November 2, 2020, being item #76 on said docket, in regards to service of the Verified Complaint on defendant Kyle Newell.

After numerous attempts, the plaintiff was unable to serve Mr. Newell by traditional means, but was able to locate Mr. Newell's Facebook page, and effect service there by having uploaded images of the summons and Verified Complaint, on or about expiration of the extension of time for service allowed by this Court. A Motion for Order of Retrospective Validation of Alternative Service, delineating all instances of service attempted on Mr. Newell, is attached.

Dated: November 27, 2020

Respectfully submitted,
BENOIT BALDWIN
The Plaintiff, *pro se*.

*pro se*

Benoit Baldwin
455 State Road
Unit 10, PMB 101
Vineyard Haven, MA 02568
(508) 939-3383
bpb@hush.com