FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2021 MAR 19  AM 11: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
BENOIT BALDWIN,           )
         Plaintiff,       )
                          )   Civil Action No. 1:19-cv-11747-PBS
v.                        )
                          )
TOWN OF WEST TISBURY, ET AL., )
         Defendants.      )
)

### PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT COUNTY OF DUKES COUNTY'S MOTION TO DISMISS

Plaintiff, Benoit Baldwin, hereby states his non-opposition to the motion to dismiss (Dkt. #105) filed in the above-captioned matter on February 17, 2021 by defendant County of Dukes County, and agrees all claims in this action against that defendant should be dismissed.

Dated: March 17, 2021

                                       Respectfully submitted,
                                       BENOIT BALDWIN
                                       The Plaintiff, *pro se*.

                                       _____, *pro se*
                                       Benoit Baldwin
                                       455 State Road
                                       Unit 10, PMB 101
                                       Vineyard Haven, MA 02568
                                       (508) 560-9084
                                       bpb@hush.com

---

*Handwritten annotation:*

4/24/21

Dukes County's motion to dismiss will be allowed when the First Circuit remands the case. Meanwhile, the case is stayed pending appeal. Patti B Saris

## AFFIDAVIT OF SERVICE

I, Benoit Baldwin, hereby swear and attest as follows:

On March 17, 2021, I served true copies, by first-class mail, of *Plaintiff's Statement of Non-Opposition to Defendant County of Dukes County's Motion to Dismiss*, on the following defendants or their attorney(s) of record:

| | |
|---|---|
| Deborah I. Ecker<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109<br><br>*Attorney for Defendants*: Town of West Tisbury, Richard Knabel, Jeffrey Manter, Cynthia Mitchell, Jennifer Rand, Daniel Rossi; Garrison Viera | Christina S. Marshall<br>Anderson & Kreiger LLP<br>50 Milk Street, 21st Floor<br>Boston, MA 02109<br><br>*Attorney for Defendant*: Geoffrey Freeman |
| Doyle C. Valley<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br><br>*Attorney for Defendant*: Ronald Rappaport | Austin M. Joyce<br>Reardon, Joyce & Akerson, P.C.<br>4 Lancaster Terrace<br>Worcester, MA 01609<br><br>*Attorney for Defendant*: Daniel Rossi |
| J. Mark Dickison<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210<br><br>*Attorney for Defendants*: MV Times Corporation; Edith Prescott | Craig E. Stewart<br>White and Williams LLP<br>101 Arch Street, Suite 1930<br>Boston, MA 02110<br><br>*Attorney for Defendant*: Dukes County |
| E. Douglas Sederholm<br>Miller Sederholm Law Office<br>3 Mariners Landing, First Floor<br>P.O. Box 2356<br>Edgartown, MA 02539<br><br>*Attorney for Defendants*: Vineyard Gazette, LLC; Heather Hamacek | |

Signed under the pains and penalties of perjury, this 17th day of March 2021.

*[signature]*
Benoit Baldwin