# United States Court of Appeals
## For the First Circuit

No. 21-1070

BENOIT BALDWIN,

Plaintiff - Appellant,

v.

TOWN OF WEST TISBURY, MA; RICHARD KNABEL, individually and in his official capacity; JEFFREY MANTER, individually and in his official capacity; CYNTHIA MITCHELL, individually and in her official capacity; JENNIFER RAND, individually and in her official capacity; RONALD RAPPAPORT, individually and in his official capacity; DANIEL ROSSI, individually and in his official capacity; GARRISON VIERA, individually and in his official capacity; GEOFFREY FREEMAN, individually and in his official capacity; SAMANTHA CHURCH; JAMES HICKEY; KYLE NEWELL; JOSEPH NOEL; VINEYARD GAZETTE, LLC; HEATHER HAMACEK; MV TIMES CORPORATION; EDITH PRESCOTT,

Defendants - Appellees,

DUKES COUNTY; JOSEPH NOEL,

Defendants.

Before

Barron, Chief Judge,
Lynch and Thompson, Circuit Judges.

**JUDGMENT**

Entered: June 7, 2022

　　The court has reviewed the "Appellant's Response to the Order to Show Cause." We dismiss the appeal for lack of finality. See Local Rule 27.0(c).

　　With its docket entry of March 25, 2021, the district court stated:

>Dukes County's Motion to Dismiss will be allowed when the First Circuit remands the case. Meanwhile the case is STAYED pending appeal.

Once the district court has effectuated that course of action or otherwise has disposed of the underlying matter in full, any party may appeal via the filing of a new notice of appeal that complies with, <u>inter alia</u>, Fed. R. App. P. 3 & 4.

The clerk shall transmit a copy of this judgment for docketing in the district court.

**<u>So Ordered.</u>**

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Patti B. Saris
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Benoit Baldwin
Deborah I. Ecker
Janelle M. Austin
Doyle C. Valley
Austin Michael Joyce
Rachel J. Eisenhaure
David S. Mackey
Christina S. Marshall
Samantha Church
James Hickey
Joseph Noel
Ernest Douglas Sederholm
John Mark Dickison
Brendan P. Slean