UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENOIT BALDWIN,<br>　　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF WEST TISBURY, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No.:1:19cv11747-PBS<br>)<br>)<br>)<br>) |

### THE COUNTY OF DUKES COUNTY'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the County of Dukes County (hereinafter "the County") moves to dismiss the claims against it, for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

Defendant,
THE COUNTY OF DUKES COUNTY
By its attorneys,

/s/Rachel Eisenhaure
Craig E. Stewart (BBO # 480440)
Rachel J. Eisenhaure (BBO #663876)
WHITE AND WILLIAMS LLP
101 Arch Street, Suite 1930
Boston, MA 02110
Telephone: (617) 748-5200
Fax: (617) 748-5201
stewartc@whiteandwilliams.com
eisenhaurer@whiteandwilliams.com

DATED: February 17, 2021

*allowed
without opposition,*
/s/ Paul S. Saris
8/18/2022