# United States Court of Appeals
### For the First Circuit

---

No. 22-1803

BENOIT BALDWIN,

Plaintiff - Appellant,

v.

TOWN OF WEST TISBURY; RICHARD KNABEL, individually and in his official capacity; JEFFREY MANTER, individually and in his official capacity; CYNTHIA MITCHELL, individually and in her official capacity; JENNIFER RAND, individually and in her official capacity; RONALD H. RAPPAPORT, individually and in his official capacity; DANIEL ROSSI, individually and in his official capacity; GARRISON VIERA, individually and in his official capacity; DUKES COUNTY; GEOFFREY FREEMAN, individually and in his official capacity; SAMANTHA CHURCH; JAMES HICKEY; KYLE NEWELL; VINEYARD GAZETTE, LLC; HEATHER HAMACEK; MV TIMES CORPORATION; EDITH PRESCOTT,

Defendants - Appellees,

JOSEPH NOEL,

Defendant.

---

**JUDGMENT**

Entered: February 27, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appellant Benoit Baldwin is presently in default for failure to file a brief. The court previously issued notice of default to appellant on February 17, 2023, which warned appellant that failure to file a brief would result in this appeal's dismissal for lack of diligent prosecution. The notice of default extended appellant's deadline to file a brief until February 24, 2023. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Benoit Baldwin
Deborah I. Ecker
Janelle M. Austin
Tory A. Weigand
Doyle C. Valley
Austin Michael Joyce
Craig E. Stewart
Rachel J. Eisenhaure
David S. Mackey
Christina S. Marshall
Samantha Church
James Hickey
Ernest Douglas Sederholm
John Mark Dickison
Brendan P. Slean
Joseph Noel